[Nos. 69023-0-I; 69024-8-I.   Division One.   September 23, 2013.]

*In the Matter of the Dependency of* T.M.D. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. DEMETRIUS JONES, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 11-7-02999-7, Palmer Robinson, J., entered May 11, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 69067-1-I.   Division One.   September 23, 2013.]

*In the Matter of the Personal Restraint of* JEFFREY NELSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 69132-5-I.   Division One.   September 23, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. ABRAHAM ULLOA-DURAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-06755-2, Brian D. Gain, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.

[No. 69203-8-I.   Division One.   September 23, 2013.]

BRENT M. STROBECK, *Appellant,* v. DAVID BROCK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-21771-1, Regina S. Cahan, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Lau, J.